UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Sheila Levy

v.                                   Civil No. 10-cv-374-PB

Todd Lique, et al.


O R D E R

On today's date, a preliminary pretrial conference was held in this case.  Sheila Levy appeared on her own behalf, and Attorney Charles P. Bauer appeared for the defendants.  Ms. Levy requested that the case be placed on an expedited track.  Other than that request, however, Ms. Levy indicated that she agreed with the defendants' proposed discovery plan.  The court approves the defendants' proposed discovery plan (document no. 4), including defendants' request that the case be on the standard track, with the following amendments:

**Trial Date**:   Two week period beginning October 4, 2011.

**Motions for Summary Judgment:**   Due June 1, 2011.

The parties concurred with respect to each of the aforementioned amendments.

_____
Landya B. McCafferty
United States Magistrate Judge


Date:  October 6, 2010

cc:  Sheila Levy, pro se
     R. Matthew Cairns, Esq.