UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Sheila Levy

               v.                              Case No. 10-cv-374-PB

Todd Lique, et al


ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2


DOCUMENT/FILER:   #11, Notice of Attorney Withdrawal, filed by Attorney R. Matthew Cairns

DATE FILED:       June 1, 2011

    The document above fails to comply with:

    LR 83.6(d)        Motion to withdraw appearance is required if certain conditions exist


    It is herewith ordered that the document is stricken, and must be refiled.


    SO ORDERED.

May 18, 2011

                                              /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge


cc:     Counsel of Record