UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Sheila Levy**

   v.                               Case No. 10-cv-374-PB

**Todd Lique et al.**

### O R D E R

Sheila Levy has filed several pro se motions that seek relief that the court lacks the power to grant. If Ms. Levy continues to be concerned as to the whereabouts of her adult daughter, she should contact the police. The clerk of court may be able to refer plaintiff to other agencies that may be able to help her with her other problems.

Document numbers 65, 66, 67, and 68 are denied without prejudice.

SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

July 3, 2012

cc:   Sheila Levy, pro se
       Brian J.S. Cullen, Esq.

1