UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Sheila Levy

    v.                                        Case No. 10-cv-374-PB

Todd Lique


**O R D E R**


    I informed the plaintiff during a prior hearing that I had reason to doubt that she has the capacity to understand the nature and effect of the litigation she has instituted because I am concerned that she is suffering from a serious mental illness. I urged the plaintiff to seek counsel and gave her additional time to do so. I also explained that if plaintiff was determined to represent herself, I would require her to submit to a psychiatric evaluation to determine whether she should be permitted to represent herself.

    The plaintiff has not caused an appearance to be filed by counsel and she failed to appear at the final pretrial conference on October 26, 2012.

    On or before November 9, 2012, plaintiff shall inform the court through a written filing as to whether she is willing to

submit to a psychiatric evaluation to allow me to determine whether she is able to represent herself.

If the plaintiff fails to comply with this order, I will dismiss her complaint without prejudice.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 26, 2012

cc: Sheila Levy, pro se
    Brian J.S. Cullen, Esq.