UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Sheila Levy

        v.                            Case No. 10-cv-374-PB

Todd Lique

O R D E R

To the extent that this document (#87) is a motion seeking relief in this court, it shall be held in abeyance pending the plaintiff's submission to a psychiatric evaluation as set forth in Judge Barbadoro's order dated October 26, 2012.

SO ORDERED.

November 8, 2012                    /s/ Landya B. McCafferty
                                           Landya B. McCafferty
                                           United States Magistrate Judge

cc:    Sheila Levy, Pro se
        Brian Cullen, Esq.