UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Sheila Levy

        v.                             Civil No. 10-cv-374-PB

Todd Lique


O R D E R


      Plaintiff has responded to my order by stating that she will submit to an examination once she has obtained an attorney. This response is unacceptable. On or before December 15, 2012, plaintiff shall either cause an appearance to be filed on her behalf by a qualified attorney or file an unequivocal statement agreeing to submit to a psychiatric examination.  Any failure to abide by this order shall result in the dismissal of her claim without prejudice.


      SO ORDERED.



November 15, 2012                                 /s/ Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge


cc:     Sheila Levy, Pro Se
         Brian Cullen, Esq.